BOND

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:20-mj-02007-JSS All Defendants

Case title: USA v. Calonge  
Other court case number: 20-crim-523 USDC NY Southern

Date Filed: 10/09/2020

Assigned to: Magistrate Judge Julie S. Sneed

**Defendant (1)**

| | |
|---|---|
| **Medghyne Calonge** | represented by **Samuel Landes**<br>Federal Public Defender's Office<br>400 N Tampa St Ste 2700<br>Tampa, FL 33602-4726<br>813-228-2715<br>Fax: 813-228-2562<br>Email: Samuel_Landes@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1030A.F FRAUD ACTIVITY CONNECTED WITH COMPUTERS | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Patrick Scruggs** |
| | | US Attorney's Office - FLM |
| | | Suite 3200 |
| | | 400 N Tampa St |
| | | Tampa, FL 33602-4798 |
| | | 813-274-6034 |
| | | Email: patrick.scruggs@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2020 | 1 | Rule 5(c)(3) documents received from the United States District Court Southern District of New York as to Medghyne Calonge (AMS) (Entered: 10/09/2020) |
| 10/09/2020 | 2 | Arrest pursuant to Rule 5(c)(2) of Medghyne Calonge from the United States District Court Southern District of New York. (AMS) (Entered: 10/09/2020) |
| 10/09/2020 | 3 | ORAL MOTION to Appoint Counsel by Medghyne Calonge. (AMS) (Entered: 10/09/2020) |
| 10/09/2020 | 4 | **ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Medghyne Calonge Signed by Magistrate Judge Julie S. Sneed on 10/9/2020. (AMS)** (Entered: 10/09/2020) |
| 10/09/2020 | 5 | ORAL MOTION for Release from Custody by USA as to Medghyne Calonge. (AMS) (Entered: 10/09/2020) |
| 10/09/2020 | 6 | ORAL MOTION for Release from Custody by Medghyne Calonge. (AMS) (Entered: 10/09/2020) |
| 10/09/2020 | 7 | Minute Entry for proceedings held before Magistrate Judge Julie S. Sneed: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 10/9/2020 as to Medghyne Calonge from the Southern District of New York., Detention Hearing as to Medghyne Calonge held on 10/9/2020, Bond Hearing as to Medghyne Calonge held on 10/9/2020. Court Reporter: Bill Jones (Interpreter/Language: N/A) (CDT) (Entered: 10/14/2020) |
| 10/09/2020 | 8 | **ORDER granting 5 Motion for Release from Custody as to Medghyne Calonge (1); granting 6 Motion for Release from Custody as to Medghyne Calonge (1). Signed by Magistrate Judge Julie S. Sneed on 10/9/2020. (CDT)** (Entered: 10/15/2020) |
| 10/09/2020 | 9 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Southern District of New York as to Medghyne Calonge Signed by Magistrate Judge Julie S. Sneed on 10/9/2020. (CDT)** (Entered: 10/15/2020) |
| 10/09/2020 | 11 | |

| | | |
|---|---|---|
| | | **Unsecured BOND entered as to Medghyne Calonge in amount of $ 50,000. Signed by Magistrate Judge Julie S. Sneed on 10/9/2020. (CDT)** (Entered: 10/20/2020) |
| 10/20/2020 | | NOTICE to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Medghyne Calonge regarding your case number: 20-crim-523. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CDT) (Entered: 10/20/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/21/2020 09:12:21 | | | |
| **PACER Login:** | us5070:2654438:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-mj-02007-JSS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**