UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Medghyne Calonge
8:20-mj-2007-T-JSS

| | |
|---|---|
| **Date**: October 9, 2020 | **Court Reporter**: Bill Jones |
| | **Interpreter**: N/A |
| **Time**: 2:25 PM–2:41 PM | Total: 16 min. | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Patrick Scruggs, AUSA | Samuel Landes, AFPD |

| Initial Appearance: Rule 5/Detention Hearing/Bond Hearing |
|---|

All parties appeared via zoom video hearing.

Defendant present with counsel.

Defendant orally consents to the hearing proceeding via Zoom Video.

Arrest Date: 10/9/2020.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Proceedings conducted pursuant to Rule 5(c).

Court inquires as to Defendants financial status. Court finds that Defendant qualifies for the appointment of counsel. APFD appointed for all further proceedings.

Preliminary hearing waived.

Government seeks release

Defendant does not contest the Government's oral motion for release

Identity hearing waived.

Court grants Government's motion for release and releases Defendant on the following conditions: $50k signature bond to be co-signed by two individuals by 10/23/2020, surrender passport to PTS, no new travel documents, no contact with any victims or witnesses involved

in the case, travel restricted to the Middle District of Florida, Southern District of New York and Eastern District of New York.

Defendant consents to removal

Defendant directed to report to the Southern District of New York for further proceedings.