UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:20-mj-2007-T-JSS
Charging District
Case No. -20-CRIM-523

MEDGHYNE CALONGE              /

**ORDER HOLDING DEFENDANT TO ANSWER
AND TO APPEAR IN DISTRICT OF PROSECUTION**

Defendant, having appeared before this Court pursuant to Federal Rule of Criminal Procedure 5(c)(2), proceedings having been concluded, and Defendant detained pending further proceedings:

**IT IS ORDERED** that Defendant be held to answer in the United States District Court for the Southern District of New York and shall appear at all proceedings as required.

**DONE** and **ORDERED** in Tampa, Florida, on October 9, 2020.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copy furnished to:
Counsel of Record