USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2020

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Medghyne Calonge,

    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 523 ( ) ( )  GHW

Defendant __Medghyne Calonge_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

_X_     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence


/s/ Medgyhne Calonge                     /s/ Martin Cohen
_____     _____
Defendant's Signature                           Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Medgyhne Calonge                        Martin Cohen
_____     _____
Print Defendant's Name                         Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.


October 21, 2020                          /s/ Gregory H. Woods
_____            _____
Date                                           U.S. District Judge/U.S. Magistrate Judge