UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  02/12/2021
```

-------------------------------------------------------- X
                                      :

UNITED STATES OF AMERICA,        :

                             :

                 Plaintiff,    :

-v-                    :               1:20-cr-523-GHW-1

MEDGHYNE CALONGE,         :

                 Defendant.   :                ORDER

                                        :

-------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       A remote status conference is scheduled in this matter for February 19, 2021 at 1:00 p.m.

The conference will take place by Skype for Business videoconference.  To access the conference,

paste the following link into your browser:

       https://meet.lync.com/fedcourts-nysd/gregory_woods/UMIR9ILS

       To use this link, you may need to download software to use Skype's videoconferencing

features.[1]  Participants are directed to test their videoconference setup in advance of the conference

-- including their ability to access the link above.  Users who do not have an Office 365 account may

use the "Join as Guest" option.  When you successfully access the link, you will be placed in a

"virtual lobby" until the conference begins.  Participants should also ensure that their webcam,

microphone, and headset or speakers are all properly configured to work with Skype for Business.

For further instructions concerning Skype for Business and general guidelines for participation in

video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number: (917) 933-2166

Conference ID: 475417646

Dated:  February 12, 2021

_____
Gregory H. Woods
United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.