```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
                                                               :
                                                               :
                                                               :
                                                               :
                       -v-                                     :
                                                               :
   MEDGHYNE CALONGE,                                           :
                                                               :
                                       Defendant.              :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2021

1:20-cr-523-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record during a status conference held on February 19, 2021, trial in this matter will commence on September 13, 2021 at 9:00 a.m. The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than June 28, 2021. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on August 30, 2021 at 3:00 p.m.

The parties are further directed to submit (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than June 28, 2021. If the parties are unable to agree on the language of such a short overview, they are directed

to notify the Court of that fact by the same date.

SO ORDERED.

Dated: February 21, 2021

_____
GREGORY H. WOODS
United States District Judge