USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
Plaintiff, :
:
-v- :
: 1:20-cr-523-GHW-1
MEDGHYNE CALONGE, :
Defendant. :  ORDER
:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    This case has been assigned a trial date of August 4, 2021. Accordingly, a jury trial will commence on that date at 9:00 a.m. in a courtroom of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The pretrial conference originally scheduled for August 30, 2021 will now take place on July 23, 2021 at 10:00 a.m. in Courtroom 12C. The deadline for the submission of pretrial materials set in the Court's February 21, 2021 order, Dkt. No. 18, remains in effect.

    SO ORDERED.

Dated: June 7, 2021
New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge