**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2021
```

*By ECF*

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMORANDUM ENDORSED**

Re:   *United States v. Medghyne Calonge*, 20 Cr. 523 (GHW)

Dear Judge Woods:

    I write on consent (Assistant U.S. Attorney Timothy Capozzi) to respectfully request an extension until July 7, 2021 to respond to the Government's motions *in limine*. The initial motion deadline in this case was June 28, 2021, and the Court ordered that opposition papers were due no later than seven days after service of the motions, which was July 5, 2021. For reasons solely related to counsel's schedule, I was not able to complete my response on time, and thus respectfully request an extension until July 7, 2021.[1]

    If the Court grants the extension, I respectfully request on behalf of the Government that its reply deadline be set for on or before July 12, 2021. Trial in this matter is scheduled for August 4, 2021, and the next pretrial conference is scheduled for July 23, 2021.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Timothy Capozzi, Esq.
Louis Pellegrino, Esq.

Application granted. The deadline for Defendant to respond to the Government's motions in limine is extended to July 7, 2021. Any reply is due no later than July 12, 2021.

The Clerk of Court is directed the motion pending at Dkt. No. 33.

SO ORDERED.

Dated: July 6, 2021
New York, New York

GREGORY H. WOODS
United States District Judge