**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 13, 2021

*By ECF*

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Medghyne Calonge*, 20 Cr. 523 (GHW)

Dear Judge Woods:

    I write on consent (Assistant U.S. Attorney Timothy Capozzi) to respectfully request that Ms. Calonge be allowed to participate remotely at the upcoming conference, scheduled for July 23, 2021 at 10:00 a.m. Due to the COVID-19 pandemic, travel from Florida (where Ms. Calonge lives) to New York for a conference will be difficult, and will create a danger for Ms. Calonge's younger child, who is not yet old enough to be vaccinated. Allowing Ms. Calonge to participate remotely by telephone or other means will be in the interest of justice and consistent with the CARES Act and all other applicable federal rules. To be clear, the request here is for the counsel to appear in person, with Ms. Calonge joining remotely.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
(212)   17-8747

---

Ms. Calonge may participate in the July 23, 2021 conference by remote means. However, the hybrid approach described by counsel is logistically burdensome on the Court--Courtrooms do not have cameras that show the judge and each lawyer by default; and connecting each participant in the courtroom to the Teams interface is burdensome. If there is a particular reason why defense counsel wishes to conduct the proceeding in the hybrid way that he proposes, rather than entirely by remote means, he is directed to inform the Court of the reason for that request. Barring such a supplemental submission by counsel, the conference will be conducted by Microsoft Teams for all participants. The Court will issue a separate order scheduling a conference using that plantform. Counsel for Ms. Calonge is directed to submit the appropriate consent form if they wish to proceed remotely.

SO ORDERED.

Dated: July 13, 2021
New York, New York

GREGORY H. WOODS
United States District Judge