```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,
                -v-
                                   1:20-cr-523-GHW
    MEDGHYNE CALONGE,                   ORDER
                         Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court has received Defendant's July 28, 2021 letter regarding Defendant's revised proposed jury instructions. Dkt. No. 44. The Government is directed to provide the Court with its view of Defendant's proposed changes, with references to supporting law, no later than July 31, 2021 at 12 p.m.

    SO ORDERED.

Dated: July 29, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge