```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES,

                      -v-                                    1:20-cr-523-GHW

    MEDGHYNE CALONGE,                        ORDER

                    Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On July 29, 2021, the Court approved video teleconferencing procedures for Witness-1. Dkt. No. 49. The Government has informed the Court's staff that Witness-1 has had difficulty using the Microsoft Teams platform. Accordingly, Witness-1 will testify via the Webex platform.

SO ORDERED.

Dated: August 6, 2021
New York, New York

                                                           _____
                                                            GREGORY H. WOODS
                                                         United States District Judge