USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2021

**MEMORANDUM ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 19, 2021

*By ECF*

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   *United States v. Medghyne Calonge*, 20 Cr. 523 (GHW)

Dear Judge Woods:

    I write on consent (Assistant U.S. Attorney Louis Pellegrino) to respectfully request that the Court extend the deadline for the filing of post-trial motions by a period of 30 days. Under Federal Rules of Criminal Procedure 29 and 33, post-trial motions for a judgment of acquittal or a new trial are due within 14 days of the verdict, which in this case would be August 30, 2021. I plan to be out of the office for several weeks, and thus respectfully request that the Court extend the deadline by 30 days, so that the motions are due on September 29, 2021. If the Court grants the extension, the Government has requested 30 days to respond (October 29, 2021), and I would then ask for one week to reply, if necessary (November 5, 2021).

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Timothy Capozzi, Esq., by ECF
      Louis A. Pellegrino, Esq., by ECF

---

Application granted. Defendant's request for an extension of the deadline for post-trial motions, Dkt. No. 60, is granted. The deadline for Defendant to file post-trial motions is extended to September 29, 2021. The Government's response is due no later than thirty days after service of Defendant's motions; Defendant's reply, if any, is due no later than one week following service of the Government's response. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 60.
SO ORDERED.
Dated: August 19, 2021

_____
GREGORY H. WOODS
United States District Judge