**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

December 1, 2021

*By ECF and by e-mail*

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/1/2021
```

Re:   *United States v. Medghyne Calonge*, 20 Cr. 523 (GHW)

Dear Judge Woods:

I write on consent (Assistant U.S. Attorney Timothy Capozzi) to respectfully request that the Court reschedule sentencing from 9:30 a.m. on December 16, 2021 to 12:00 p.m. on that same date. Moving the sentencing to later in the day will allow Ms. Calonge to fly to New York that same morning, which will simplify her travel and child-care arrangements.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Timothy Capozzi, Esq., by ECF and by e-mail
      Louis A. Pellegrino, Esq., by ECF and by e-mail

Application granted.  The sentencing hearing scheduled in this matter for December 16, 2021 at 9:30 a.m. will instead take place on the same day at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 80.

SO ORDERED.

Dated:  December 1, 2021
        New York, New York

_____
GREGORY H. WOODS
United States District Judge