USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            UNITED STATES OF AMERICA       :

                                                      :       1:20-cr-523-GHW
                      -against-                :
                                                      :       <u>ORDER</u>
            MEDGHYNE CALONGE,                  :

                                      Defendant.:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In her sentencing submission, Defendant Medghyne Calonge has objected to the recitation of facts set forth in paragraphs 12 through 14 and 16 through 18 of the presentence report. *See* Defendant's December 2, 2021 Sentencing Memorandum ("Def. Mem."), at 2 n.2. In order to facilitate the Court's resolution of the objections to the facts recited in those paragraphs, the Court requests that counsel for the United States identify the testimony, by page and line numbers, as well as any trial exhibits, that support each statement of fact in those paragraphs. The information can be presented to the Court in a table or other format that the Government believes will be efficient. The Court requests that the Government's submission be provided to the Court no later than December 14, 2021.

Separately, in Defendant's sentencing memorandum, counsel requests leave to file the sentencing memorandum under seal, but commits to filing a redacted version of the sentencing memorandum on ECF. Defendant is directed to do so no later than December 13, 2021.

SO ORDERED.

Dated: December 10, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge