```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
    UNITED STATES OF AMERICA,                              :
                                                           :
                    -v-                                    :    1:20-cr-523-GHW
                                                           :
    MEDGHYNE CALONGE,                                      :         ORDER
                            Defendant.                     :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2021

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the hearing held on December 16, 2021, any application for reimbursement must be filed by January 18, 2022. Any opposition is due within two weeks following the date of service of that application; any reply is due within one week following the date of service of an opposition. The Government is directed to transmit a copy of this order to the victim's counsel.

SO ORDERED.

Dated: December 16, 2021

_____
GREGORY H. WOODS
United States District Judge